AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>CURLEY, SARAH S. | 2. Court or Organization<br><br>U.S. BANKRUPTCY COURT, D. AZ | 3. Date of Report<br><br>05/7/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. BANKRUPTCY JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |
| 7. Chambers or Office Address<br><br>230 N FIRST AVENUE<br>SUITE 101<br>PHOENIX, AZ 85003-1727 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. EXECUTIVE COMMITEE (Up to 8/2013) | ABA JUDICIAL DIVISION -NATIONAL CONFERENCE OF FEDERAL TRIAL JUDGES |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| CURLEY, SARAH S. | 05/7/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. FALL, 2013 | ASU LAW SCHOOL - TEACHING | $3,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **CURLEY, SARAH S.** | 05/7/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CURLEY, SARAH S. | 05/7/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AXA EQUITABLE | A | Interest | K | T | | | | | |
| 2. IRA ACCOUNT, WELLS FARGO BANK | C | Int./Div. | M | T | | | | | |
| 3. -WELLS FARGO MONEY MARKET ACCT. | | | | | Distributed (part) | 12/10/13 | L | | See Part VIII |
| 4. -WELLS FARGO ADV. TOTAL RETURN BOND FUND (MNTRX) | | | | | | | | | |
| 5. -MFS SER. TR. VALUE (MSFRX) | | | | | | | | | |
| 6. -HARTFORD INFLATION PLUS FUND, CLASS A (HIPAX) | | | | | | | | | |
| 7. -HARTFORD MTL MIDCAP VALUE, CLASS A (HMVAX) | | | | | | | | | |
| 8. -CD1 | | | | | Matured | 03/08/13 | L | D | See Part VIII |
| 9. -CD2 | | | | | Matured | 03/08/13 | L | C | See Part VIII |
| 10. -CD3 | | | | | Matured | 09/09/13 | L | C | See Part VIII |
| 11. -COMMON STOCK -RESEARCH IN MOTION LIMITED (RIMM)(known as Blackberry) | | | | | | | | | |
| 12. -COMMON STOCK - PEPSICO (PEP) | | | | | | | | | |
| 13. SHS CISCO COMMON STOCK | A | Dividend | K | T | | | | | |
| 14. WELLS FARGO MONEY MARKET FUND A | A | Interest | J | T | | | | | |
| 15. IRA ACCOUNT, US BANK | D | Int./Div. | N | T | | | | | |
| 16. -US BANK MONEY MARKET ACCT | | | | | Distributed (part) | 09/10/13 | K | | See Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CURLEY, SARAH S. | 05/7/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. -HARTFORD FUND BALANCED ALLOCATION FUND CLASS A (HBAAX)(X) | | | | | Buy | 04/09/13 | K | | |
| 18. -HARTFORD FUNDS BALANCED ALLOCATION FUND, CLASS A(HBAAX) (X) | | | | | Sold (part) | 08/23/13 | J | | |
| 19. -HARTFORD FUNDS BALANCED INC. FUND, CLASS A (HBLAV)(X) | | | | | Buy | 08/23/13 | J | | |
| 20. -HARTFORD INFLATION PLUS FUND, CLASS A (HIPAX) | | | | | | | | | |
| 21. -HARTFORD FUNDS MIDCAP VALUE, CLASS A (HMVAX) | | | | | | | | | |
| 22. -HARTFORD FUNDS GLOBAL HEALTH FUND, CLASS A (HGHAX) | | | | | Buy (add'l) | 04/19/13 | K | | |
| 23. -HARTFORD FUNDS CHECKS & BALANCES, CLASS A (HCKAX) | | | | | | | | | |
| 24. -CD's | | | | | | | | | |
| 25. IRA ACCOUNT, FIDELITY INVESTMENTS (X) | D | Int./Div. | M | T | | | | | |
| 26. -FIDELITY MONEY MARKET ACCOUNT (X) | | | | | Buy | 09/26/13 | J | | |
| 27. -SPARTAN TOTAL MARKET INDEX ADVANTAGE CLASS (FSTVX)(X) | | | | | Buy | 09/26/13 | K | | |
| 28. -SPARTAN INT'L INDEX, ADVANTAGE CLASS (FSIVX)(X) | | | | | Buy | 09/26/13 | K | | |
| 29. -SPARTAN U.S. BOND INDEX, ADVANTAGE CLASS (FSITX)(X) | | | | | Buy | 09/26/13 | K | | |
| 30. -GLENMEDE SMALL CAP EQUITY - ADVISOR CLASS (GTCSX)(X) | | | | | Buy | 09/23/13 | K | | |
| 31. -SPARTAN TOTAL MARKET INDEX ADVANTAGE CLASS (FSTVX)(X) | | | | | Buy | 12/17/13 | K | | |
| 32. -SPARTAN U.S. BOND INDEX, ADVANTAGE CLASS (FSITX)(X) | | | | | Buy | 12/17/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | N =$250,001 - $500,000 |
| | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CURLEY, SARAH S. | 05/7/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 33. -GLENMEDE SMALL CAP EQUITY - ADVISOR CLASS (GTCSX)(X) | | | | | Buy | 12/17/13 | K | | |
| 34. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CURLEY, SARAH S. | 05/7/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Regarding Part VII - I decided to open a new Fidelity IRA Account in September 2013. I transferred funds from my money-market, IRA accounts at Wells Fargo and U.S. Bank to open the Fidelity Account. When various CD's matured in the Wells Fargo IRA account, those funds were also placed in the Fidelity Account. In December 2013, I transferred additional funds from my Wells Fargo IRA, money-market account into my Fidelity Account.

| Name of Person Reporting | Date of Report |
|---|---|
| CURLEY, SARAH S. | 05/7/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ SARAH S. CURLEY**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544